**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BURTON W. WIAND, etc., et al.,
    Plaintiffs,

vs.                                            CASE NO. 8:10-CIV-187-T-17-MAP

CHUN-HUI TENG,
    Defendant.
_____/

**ORDER**

This cause is before the Court on the unopposed motion for entry of default judgment, following entry of default by the Clerk of Court (Doc. 18). The Court finds the motion well-taken. Accordingly, it is

**ORDERED** that the unopposed motion for entry of default judgment, following entry of default by the Clerk of Court (Doc. 18) be **granted**, the Clerk of Court is directed to enter judgment for the plaintiffs and against the defendant in the amount of $101,000.00. The Clerk of Court is further directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 10th day of March, 2011.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record